MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/10/2023_

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Lisa Bardsley, individually and on behalf of all
others similarly situated,

               Plaintiff,

       - against -

Nonni's Food LLC,

              Defendant

7:20-cv-02979-NSR

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, Christopher Patalano, formerly of Sheehan & Associates,

P.C. respectfully moves this Court for an order granting leave to withdraw as counsel of record for

Plaintiff Lisa Bardsley in the above-captioned case.

Dated:     October 5, 2023

Plaintiff counsel Patalano's request to be
terminated as counsel for Plaintiff is GRANTED.
The Clerk of the Court is directed to terminate
Patalano's notice and motion at ECF No. 47.

Dated: October 10, 2023
     White Plains, NY

Respectfully submitted,

Christopher Patalano
/s/ Christopher Patalano
christopher@uppersevenlaw.com
P.O. Box 31
Helena, MT 59624
Tel: 406-530-9523

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE