IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lisa Bardsley and Andre Hasken, individually, And on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>Nonni's Foods LLC.<br><br>Defendant. | Civ. Action No. 7:20-cv-02979-NSR JCM |

### CONFIDENTIALITY STIPULATION REGARDING PROTECTION OF NON-PARTY VAN TONE CREATIVE FLAVORS, INC.'S CONFIDENTIAL INFORMATION AND PROPOSED SUPPLEMENTAL PROTECTIVE ORDER

WHEREAS, On February 22, 2024, the Plaintiffs served Van Tone Creative Flavors, Inc. ("Van Tone") with a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena").

WHEREAS, the information requested in the Subpoena requires production of information that Van Tone maintains is confidential, proprietary, and trade secret information (the "Van Tone Confidential Information"); and

WHEREAS, in order to protect the Van Tone Confidential Information, the Parties have agreed to entry of this stipulation, it is hereby

ORDERED that, in addition to the terms of the Confidentiality Stipulation and Protective Order entered by the Court on January 22, 2024 (Ct. Dkt. No. 59), which terms shall apply to the Van Tone Confidential Information, the Parties agree and stipulate as follows:

a. Van Tone will receive notice from a Party potentially using Van Tone Confidential Information if any Van Tone Confidential Information could potentially be used in a manner in which it may become public or disclosed to anyone other than outside counsel, including judicial, administrative, or arbitral agencies, and will be permitted

- 1 -

to state any objections in advance of any such use and/or disclosure and have any such objections resolved prior to any such use and/or disclosure;

b. If Van Tone Confidential Information will be used at a hearing or trial, or included in any publicly filed document, the Party using such information shall give Van Tone notice of the Party's intent to use the Van Tone Confidential Information as part of such hearing, trial, or filing, and Van Tone shall be provided an opportunity to request the documents be utilized only under seal or otherwise protected from public disclosure;

c. The Van Tone Confidential Information shall be treated as "For Attorneys' or Experts' Eyes Only" information under the Court's Confidentiality Stipulation and Protective Order;

d. If a redacted version of a document containing Van Tone Confidential Information is to be provided to a client or filed in a related court proceeding, Van Tone shall be provided an opportunity to review any redacted document to ensure that all Van Tone confidential information has been redacted.

*** *Signature Page to Follow* ***

SO STIPULATED AND AGREED

Dated: May 3, 2024

_____  
**SHEEHAN & ASSOCIATES, P.C.**

Spencer Sheehan  
60 Cuttermill Road, Ste. 412  
Great Neck, NY 11021  
Telephone: (516) 268-7080  
Facsimile: (516) 234-7800

Counsel for Plaintiffs

_____  
**METZ LEWIS BRODMAN MUST O'KEEFE LLC**

Joshua D. Baker  
444 Liberty Avenue, Ste. 2100  
Pittsburgh, PA 15222  
Telephone: (412) 918-1100  
Facsimile: (412) 918-1199

Counsel for Defendant

SO ORDERED.

_____  
JUDITH C. McCARTHY  
United States Magistrate Judge       5-6-2024