UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
BARDSLEY, et al.,

                     Plaintiff(s),        **ADJOURNMENT ORDER**

- against -

                                                  20 Civ. 2979 (NSR)

NONNI'S FOODS LLC,

                     Defendant(s).
--------------------------------------------------------X

NELSON S. ROMÁN, U.S.D.J.:

      The above case previously scheduled for a telephonic Status Conference on May 16, 2024 before the United States District Judge Nelson S. Román, **is hereby adjourned *sine die*** pending this Court's resolution of Plaintiffs' motion to certify class.

SO ORDERED.

Dated: White Plains, New York
          May 14, 2024

_____
Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/14/2024